UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAJANEE SMITH,<br>          Plaintiff,<br>   v.<br>PFIP, LLC,<br>          Defendant. | Case No. 18-cv-00233-SK<br><br>**JUDGMENT**<br><br>Regarding Docket Nos. |

Pursuant to the Court's Order granting Defendant's Motion to Compel Arbitration and to Dismiss, judgment is hereby entered in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: June 12, 2018

_____
SALLIE KIM
United States Magistrate Judge